# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHAWN GILBERT | CRIMINAL ACTION<br>NO. 18-00095 |

## ORDER

**AND NOW**, this 10th day of February 2021, upon consideration of Shawn Gilbert's Motion for Release (ECF No. 51), his Supplemental Motion for Release (ECF No. 58) and the Government's Response (ECF No. 56) and associated exhibit (ECF No. 59), it is **ORDERED** that the Motions are **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.